**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | |
|---|---|
| JAY NEDRY, et al. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-CV-878-LMB/IDD |
| ) | |
| GUNNAR NELSON, et al. ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF HEARING

Please take notice that on March 9, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Gunnar Nelson, by counsel, will present argument in support of his Motion to Compel Compliance with Subpoena to Produce Documents and Hold Jay Nedry in Contempt.

                                                    **GUNNAR NELSON**

                              By:      /s/ Robert E. Draim
                                    David D. Hudgins, VSB # 20602
                                    Robert E. Draim, VSB # 18635
                                    Lynn M. Rovelli, VSB # 80882
                                    HUDGINS LAW FIRM
                                    515 King Street, Suite 400
                                    Alexandria, Virginia 22314
                                    703.739.3300; 703.739.3700 fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic filing with the court and sent via regular mail, first-class, postage prepaid this 2nd day of March, 2012 to:

Matthew S. McConnell, Esq.
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
*Co-Counsel for Plaintiff(s)*

And by e-mail and first-class mail only to:

William B. Crockett, Esq.
Dion-Kindem & Crockett
21271 Burbank Boulevard, Suite 100
Woodland Hills, California 91367
*Co-Counsel for Plaintiff(s)*

                                                   /s/ Robert E. Draim
David D. Hudgins, VSB # 20602
Robert Draim, VSB # 18635
Lynn M. Rovelli, VSB # 80882
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
703.739.3300; 703.739.3700 fax