# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

|  |  |  |
|---|---|---|
| JAY NEDRY, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO.: 1:11-cv-878-LMB/IDD |
| GUNNAR NELSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL OF DION-KINDEM & CROCKETT AND MATTHEW McCONNELL

Dion-Kindem & Crockett and Matthew McConnell, counsel of record for Plaintiffs, pursuant to Local Civil Rule 83.1(G), hereby move this Court for an order allowing counsel to withdraw as counsel for Plaintiffs forthwith on the grounds that there has been an irreconcilable breakdown in communication between counsel and Plaintiffs, such that counsel cannot adequately represent Plaintiffs in this matter.

A Memorandum Brief, Proposed Order and Declaration of William E. Crockett in support of this Motion are being filed with this Motion,

THE MOVING PARTIES REQUEST A HEARING ON THIS MOTION, AND A NOTICE OF HEARING WILL BE FILED FOLLOWING CONSULTATION WITH DEFENDANT'S COUNSEL FOR AN AGREED HEARING DATE.

DATE: March 7, 2012          /s/ Matthew S. McConnell
By:_____
Matthew S. McConnell, Esq.
Virginia State Bar #28977
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
Phone: (703) 451-9941
Fax:   (703) 923-9445
***Co-Counsel for Plaintiffs***


DATE: March 7, 2012          */s/ William E. Crockett*
By:_____
William E. Crockett (CA Bar No.129383)
21271 Burbank Blvd. Suite 100
Woodland Hills, CA 91367
Phone: (818) 883-4400
Fax:   (818) 676-0246
***Counsel for Plaintiffs***


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ECF, facsimile and regular mail, first class, postage prepaid this 7th day of March, 2012 to:

Robert Draim
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
*Counsel for Defendant Gunnar Nelson*

*VIA OVERNIGHT MAIL ONLY*
Jay C. Nedry
23476 NEW MOUNTAIN RD
Aldie, Virginia 20105


DATE: March 7, 2012          /s/ Matthew S. McConnell
By:_____
Matthew S. McConnell, Esq.
Virginia State Bar #28977
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
Phone: (703) 451-9941
Fax:   (703) 923-9445
***Co-Counsel for Plaintiffs***