# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISION)

_____

|  |  |  |
|---|---|---|
| JAY NEDRY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:11-cv-878-LMB/IDD |
| | ) | |
| GUNNAR NELSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## ORDER

UPON CONSIDERATION of Dion-Kindem & Crockett's and Matthew

McConnell's Motion to Withdraw, Memorandum in Support, Declaration of William E.

Crockett, any opposition thereto, and any reply memorandum, and

IT APPEARING that the Motion to Withdraw is based on good cause, and

should be granted for the reasons stated therein, it is hereby

ORDERED that the Motion to Withdraw is granted.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this ___ day of _____, 2012.


                                            _____
                                            United States District Judge

**COPIES TO:**

Robert Draim
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
*Counsel for Defendant Gunnar Nelson*

Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
*Moving Party*

Matthew S. McConnell, Esq.
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
*Co-Counsel for Plaintiff*

Jay Nedry
23476 NEW MOUNTAIN RD
Aldie, Virginia 20105

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ECF, facsimile and regular mail, first class, postage prepaid this 7th day of March, 2012 to:

Robert Draim
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
*Counsel for Defendant Gunnar Nelson*

*VIA OVERNIGHT MAIL ONLY*
Jay C. Nedry
23476 NEW MOUNTAIN RD
Aldie, Virginia 20105

By:_____
Matthew S. McConnell, Esq.
Matthew S. McConnell, Esq.
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
*Co-Counsel for Plaintiffs*

William E. Crockett (CA Bar No.129383)
21271 Burbank Blvd. Suite 100
Woodland Hills, CA 91367
Phone: (818) 883-4400
Fax:    (818) 676-0246
*Co-Counsel for Plaintiffs*