# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISION)

|  |  |  |
|---|---|---|
| JAY NEDRY, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO.: 1:11-cv-878-LMB/IDD |
| GUNNAR NELSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF UNAVAILABILITY

William E. Crockett hereby gives notice of his unavailability for the March 9, 2012 hearing on Defendant's Motion to Compel. Mr. Crockett is on medical leave due to a recent surgery and is physically unable to travel to Virginia at this time. Mr. McConnell has a trial in another jurisdiction that has been set for some time, and therefore also cannot attend.

March 7, 2012

*/s/ Matthew S. McConnell*
By:_____
Matthew S. McConnell, Esq.
Virginia State Bar #28977
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
Phone: (703) 451-9941
Fax:    (703) 923-9445
***Co-Counsel for Plaintiffs***

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ECF, facsimile and regular mail, first class, postage prepaid this 7th day of March, 2012 to:

Robert Draim
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
*Counsel for Defendant Gunnar Nelson*

*VIA OVERNIGHT MAIL ONLY*
Jay C. Nedry
23476 NEW MOUNTAIN RD
Aldie, Virginia 20105

March 7, 2012

/s/ *Matthew S. McConnell*
By:_____
Matthew S. McConnell, Esq.
Virginia State Bar #28977
6116 Rolling Road, Suite 209
Springfield, Virginia 22152
Phone: (703) 451-9941
Fax:    (703) 923-9445
***Co-Counsel for Plaintiffs***

/s/ *William E. Crockett*
By:_____
William E. Crockett (CA Bar No.129383)
21271 Burbank Blvd. Suite 100
Woodland Hills, CA 91367
Phone: (818) 883-4400
Fax:    (818) 676-0246
***Co-Counsel for Plaintiffs***