IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAY NEDRY,                          )
                                    )
            Plaintiff,              )
                                    )
    v.                              )       1:11cv878(LMB/IDD)
                                    )
                                    )
GUNNAR NELSON, et al.,              )
                                    )
            Defendants.             )

## ORDER

This civil action is scheduled for a final pretrial conference on Thursday, March 15, 2012 at 10 a.m. In addition to setting a trial date, the Court will hear argument on the three motions currently pending in the case, specifically defendant Nelson's two motions to compel and a motion to withdraw filed by plaintiff's counsel. Accordingly, it is hereby

ORDERED that the counsel for the parties as well as the plaintiff appear at 10 a.m. on March 15, 2012 in Courtroom 600 for the final pretrial conference.

The Clerk is directed forward copies of this Order to counsel of record.

Entered this 9th day of March, 2012.

Alexandria, Virginia

                                    /s/
                                    Leonie M. Brinkema
                                    United States District Judge